PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| JUAN JOSE LUA LUA,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:21-cv-01131-SKO<br><br>STIPULATION TO REMAND AND ORDER<br><br>(Doc. 18) |

    IT IS STIPULATED by and between Juan Jose Lua Lua (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate Plaintiff's subjective complaints, evaluate the medical opinion evidence in accordance with 20 C.F.R. § 404.1520c, re-evaluate Plaintiff's residual functional capacity, take further action to complete the administrative record, and issue a new decision.  The parties further request that

Stip. to Remand; 1:21-cv-01131-SKO

the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 27th day of July, 2022.

Dated:  July 28, 2022            /s/ *Jonathan Pena*
                                 JONATHAN PENA
                                 Attorney for Plaintiff
                                 (as approved via email)

Dated:  July 28, 2022            PHILLIP A. TALBERT
                                 United States Attorney


                        By:      /s/ *Margaret Lehrkind*
                                 MARGARET LEHRKIND
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant


### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 18), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.  The Clerk shall also administratively close this file.

IT IS SO ORDERED.

Dated:  **July 28, 2022**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 1:21-cv-01131-SKO